■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAFAYETTE

McDowDELL, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Westchester County, rendered November 23, 1976, convicting him of criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the facts, and indictment dismissed. The guilt of defendant was not established beyond a reasonable doubt. Damiani, J. P., Shapiro, Mollen and O'Connor, JJ., concur.